IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERENE DUDHI,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **TEMPLE HEALTH OAKS LUNG CENTER et al.,** *Defendants* | : : : | **NO. 18-3514** |

## ORDER

**AND NOW**, this 2nd day of March, 2020, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 22), the Response in Opposition (Doc. No. 25), the Reply in Support (Doc. No. 26), oral argument held on January 17, 2020, and Ms. Dudhi's supplemental briefing submitted after oral argument (Doc. No. 33), it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 22) is **GRANTED** for the reasons set forth in the accompanying Memorandum;

2. Ms. Dudhi's claims against Defendants are **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE